[Nos. 12108-9-III; 12235-2-III.   Division Three.   February 8, 1994.]

*In the Matter of the Guardianship of*
ADA M. MOFFITT.

Appeals from judgments of the Superior Court for Spokane County, No. 91-4-01014-7, William J. Grant, J., entered November 21, 1991, and January 30, 1992. *Affirmed* by unpublished opinion per Schacht, J. Pro Tem., concurred in by Thompson, C.J., and Sweeney, J.